**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-38632-CAD |
| | § | |
| JUAN E. VIVAR | § | |
| MARIA E. VIVAR | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 11/15/2011, in Courtroom 742, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  10/20/2011          By: /s/ David P. Leibowitz
                                       (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-38632-CAD |
| | § | |
| JUAN E. VIVAR | § | |
| MARIA E. VIVAR | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $6,694.36
*and approved disbursements of* $2,288.84
*leaving a balance on hand of[1]:* $4,405.52

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $4,405.52

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,105.06 | $0.00 | $1,105.06 |
| David P. Leibowitz, Trustee Expenses | $5.94 | $0.00 | $5.94 |

Total to be paid for chapter 7 administrative expenses: $1,111.00
Remaining balance: $3,294.52

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

|                                      |              |
|--------------------------------------|-------------:|
| Remaining balance:                   | $3,294.52    |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|                                      |              |
|--------------------------------------|-------------:|
| Total to be paid to priority claims: | $0.00        |
| Remaining balance:                   | $3,294.52    |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $63,191.73 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | Discover Bank | $2,357.43 | $0.00 | $122.90 |
| 2 | TARGET NATIONAL BANK | $8,686.84 | $0.00 | $452.89 |
| 3 | Chase Bank USA, N.A. | $10,482.58 | $0.00 | $546.51 |
| 4 | Chase Bank USA, N.A. | $5,558.07 | $0.00 | $289.77 |
| 5 | Chase Bank USA, N.A. | $6,378.81 | $0.00 | $332.56 |
| 6 | Dell Financial Services L.L.C. | $282.65 | $0.00 | $14.74 |
| 7 | Chase Bank USA,N.A/ Kohl'a | $256.38 | $0.00 | $13.37 |
| 8 | Capital Recovery IV LLC/ Citibank - | $5,212.98 | $0.00 | $271.78 |
| 9 | GE Money Bank/ JCPenney | $363.39 | $0.00 | $18.95 |
| 10 | Fia Card Services, NA/Bank of America | $19,941.39 | $0.00 | $1,039.65 |
| 11 | Fia Card Services, NA/Bank of America | $3,671.21 | $0.00 | $191.40 |

|                                                        |              |
|--------------------------------------------------------|-------------:|
| Total to be paid to timely general unsecured claims:   | $3,294.52    |

**UST-Form 101-7-NFR (5/1/2011)**

Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

Prepared By:  /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                            Case No. 10-38632-CAD
Juan E. Vivar                                                     Chapter 7
Maria E. Vivar
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: esullivan            Page 1 of 1                Date Rcvd: Oct 21, 2011
                              Form ID: pdf006            Total Noticed: 27
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 23, 2011.
```
db/jdb     +Juan E. Vivar,    Maria E. Vivar,    2804 Martin Lane,    Rolling Meadows, IL 60008-2726
16060309   +Altman Dermatology,    1100 W. Central Rd. Ste. 200,     Arlington Heights, IL 60005-2465
16060311    Bk Of Amer,    4060 Ogletown/Stan,    Newark, DE 19713
16060310   +Bk Of Amer,    4161 Piedmont Pkwy,    Greensboro, NC 27410-8119
16060312   +Bonded Collection Corporation,    29 East Madison Street,    Suite 1650,   Chicago, IL 60602-4435
16060314    Chase,   Bank One Card Serv,    Westerville, OH 43081
16389210    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16505662   +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,     P O Box 740933,   Dallas,Tx 75374-0933
16060315   +Chase Mort,    3415 Vision Dr,    Columbus, OH 43219-6009
16060316   +Cit Bank/Dfs,    One Dell Way,    Round Rock, TX 78682-7000
16060317   +Citi Mastercard,    PO Box 689182,    Des Moines, IA 50368-9182
16060319   +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
16060321   +Hsbc/Carsn,    Pob 15521,    Wilmington, DE 19850-5521
16060323    NES National Enterprise Systems,    29125 Solon Road,    Solon, OH 44139-3442
16060324   +Northland Group Inc,    7831 Glenroy Rd,    Suite 350,    Edina, MN 55439-3133
16060325   +Prsm/Cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
16340533   +TARGET NATIONAL BANK,    C O WEINSTEIN AND RILEY, PS,     2001 WESTERN AVENUE, STE 400,
             SEATTLE, WA 98121-3132
16060326   +Target N.B.,    Po Box 673,   Minneapolis, MN 55440-0673
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16060313   +E-mail/Text: cms-bk@cms-collect.com Oct 22 2011 01:39:45      Capital Management Services, LP,
             726 Exchange Street,    Suite 700,    Buffalo, NY 14210-1464
16625549    E-mail/PDF: rmscedi@recoverycorp.com Oct 22 2011 02:13:25      Capital Recovery IV LLC,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
16060318    E-mail/PDF: mrdiscen@discoverfinancial.com Oct 22 2011 02:12:25      Discover Card,   PO Box 30395,
             Salt Lake City, UT 84130
16419584    E-mail/Text: resurgentbknotifications@resurgent.com Oct 22 2011 01:38:07
             Dell Financial Services L.L.C.,    c/o Resurgent Capital Services,    PO Box 10390,
             Greenville, SC 29603-0390
16331960    E-mail/PDF: mrdiscen@discoverfinancial.com Oct 22 2011 02:12:25      Discover Bank,
             Dfs Services LLC,    PO Box 3025,   New Albany, OH 43054-3025
16699772    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 22 2011 02:10:26
             Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,   PO Box 248809,
             Oklahoma City, OK 73124-8809
16683221    E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2011 02:13:25      GE Money Bank,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
16060320   +E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2011 02:13:25      Gemb/Jcp,    Po Box 981402,
             El Paso, TX 79998-1402
16060322    E-mail/PDF: cr-bankruptcy@kohls.com Oct 22 2011 02:13:13      Kohls/Chase,    N56 W17000 Ridge,
             Menomonee Fall, WI 53051
                                                                                               TOTAL: 9

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 23, 2011**               **Signature:** *Joseph Speetjens*