**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-38632-CAD |
| | § | |
| JUAN E. VIVAR | § | |
| MARIA E. VIVAR | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $244,875.00 | Assets Exempt: | $42,875.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $3,294.52 | Claims Discharged Without Payment: | $65,231.21 |
| Total Expenses of Administration: | $1,125.71 | | |

3) Total gross receipts of $6,694.36 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $2,274.13 (see **Exhibit 2**), yielded net receipts of $4,420.23 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $250,355.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $1,125.71 | $1,125.71 | $1,125.71 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $57,326.37 | $63,191.73 | $63,191.73 | $3,294.52 |
| **Total Disbursements** | $307,681.37 | $64,317.44 | $64,317.44 | $4,420.23 |

4). This case was originally filed under chapter 7 on 08/30/2010. The case was pending for 18 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/09/2012    By: /s/ David P. Leibowitz
                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 2010 IRS Tax | 1224-000 | $6,694.00 |
| Interest Earned | 1270-000 | $0.36 |
| **TOTAL GROSS RECEIPTS** | | $6,694.36 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| Juan & Maria Vivar | Exemptions | 8100-002 | $2,274.13 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $2,274.13 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bk Of Amer | 4110-000 | $23,967.00 | NA | $0.00 | $0.00 |
| | Chase Mort | 4110-000 | $226,388.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $250,355.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,105.06 | $1,105.06 | $1,105.06 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $5.94 | $5.94 | $5.94 |
| Green Bank | 2600-000 | NA | $14.71 | $14.71 | $14.71 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,125.71 | $1,125.71 | $1,125.71 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-900 | $2,360.37 | $2,357.43 | $2,357.43 | $122.90 |
| 2 | TARGET NATIONAL BANK | 7100-900 | $7,527.00 | $8,686.84 | $8,686.84 | $452.89 |
| 3 | Chase Bank USA, N.A. | 7100-900 | $8,452.00 | $10,482.58 | $10,482.58 | $546.51 |
| 4 | Chase Bank USA, N.A. | 7100-900 | $4,421.00 | $5,558.07 | $5,558.07 | $289.77 |
| 5 | Chase Bank USA, N.A. | 7100-900 | $5,574.00 | $6,378.81 | $6,378.81 | $332.56 |
| 6 | Dell Financial Services L.L.C. | 7100-000 | NA | $282.65 | $282.65 | $14.74 |
| 7 | Chase Bank USA,N.A/ Kohl'a | 7100-900 | $32.00 | $256.38 | $256.38 | $13.37 |
| 8 | Capital Recovery IV LLC/ Citibank - | 7100-900 | $3,984.00 | $5,212.98 | $5,212.98 | $271.78 |
| 9 | GE Money Bank/ JCPenney | 7100-900 | $205.00 | $363.39 | $363.39 | $18.95 |
| 10 | Fia Card Services, NA/Bank of America | 7100-900 | $16,737.00 | $19,941.39 | $19,941.39 | $1,039.65 |
| 11 | Fia Card Services, NA/Bank of America | 7100-900 | $2,700.00 | $3,671.21 | $3,671.21 | $191.40 |
|  | Altman Dermatology | 7100-000 | $357.00 | NA | NA | $0.00 |
|  | Bonded Collection Corporation | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Capital Management Services, LP | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Capital Management Services, LP | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Capital Management Services, LP | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Cit Bank/Dfs | 7100-000 | $656.00 | NA | NA | $0.00 |
|  | Dsnb Macys | 7100-000 | $114.00 | NA | NA | $0.00 |
|  | Hsbc/Carsn | 7100-000 | $221.00 | NA | NA | $0.00 |
|  | NES National Enterprise Systems | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Northland Group | 7100-000 | $0.00 | NA | NA | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | |
|---|---|---|---|---|---|
| Inc Prsm/Cbsd | 7100-000 | $3,986.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $57,326.37 | $63,191.73 | $63,191.73 | $3,294.52 |

**UST Form 101-7-TDR (5/1/2011)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 10-38632-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | VIVAR, JUAN E. AND VIVAR, MARIA E. | Date Filed (f) or Converted (c): | 08/30/2010 (f) |
| For the Period Ending: | 2/9/2012 | §341(a) Meeting Date: | 10/20/2010 |
| | | Claims Bar Date: | 01/24/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  Real estate located at 2804 Martin Lane, Rolling Meadows IL 60008 | $170,000.00 | $0.00 | DA | $0.00 | FA |
| 2  Checking account with Harris Bank | $100.00 | $0.00 | DA | $0.00 | FA |
| 3  Savings account with Harris Bank | $400.00 | $0.00 | DA | $0.00 | FA |
| 4  Debtor is custodians on daughters Checking account with Harris Bank | $0.00 | $0.00 | DA | $0.00 | FA |
| 5  Co-Debtor is custodian on Daughter's checking account | $0.00 | $0.00 | DA | $0.00 | FA |
| 6  Miscellaneous used household goods and furnishings | $600.00 | $0.00 | DA | $0.00 | FA |
| 7  Books, Pictures, and CD's | $125.00 | $0.00 | DA | $0.00 | FA |
| 8  Wearing Apparel | $650.00 | $0.00 | DA | $0.00 | FA |
| 9  Miscellaneous Costume Jewelry | $300.00 | $0.00 | DA | $0.00 | FA |
| 10  Term Life Insurance policy through employer - (No cash surrender value) | $0.00 | $0.00 | DA | $0.00 | FA |
| 11  401(k) / Retirement plan through employer - 100% exempt. | $62,000.00 | $62,000.00 | DA | $0.00 | FA |
| 12  Automobile - 2001 Honda Civic 11,000 miles - Paid in Full - Liability Insurance | $2,475.00 | $0.00 | DA | $0.00 | FA |
| 13  Automobile - 2005 Toyota Highlander 105,400 miles - Current/Reaffirm - Full coverage auto insurance. | $8,125.00 | $0.00 | DA | $0.00 | FA |
| 14  (2) cats, (2) love birds | $100.00 | $0.00 | DA | $0.00 | FA |
| 15  2010 IRS Tax                    (u) | Unknown | $6,694.00 | DA | $6,694.00 | FA |
| INT  Interest Earned                 (u) | Unknown | Unknown | DA | $0.36 | FA |

**TOTALS (Excluding unknown value)**                                                                                                                              **Gross Value of Remaining Assets**

|  | $244,875.00 | $68,694.00 | | $6,694.36 | $0.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**
email sent to attorney requesting missing docs
TAX INTERCEPT
PREPARED TAX INTERCEPT FOR SIGN AND REVIEW
TFR Completed for Trustee's review.
TDR to be completed.

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | |
|---|---|---|
| **Case No.:** 10-38632-CAD | **Trustee Name:** | David Leibowitz |
| **Case Name:** VIVAR, JUAN E. AND VIVAR, MARIA E. | **Date Filed (f) or Converted (c):** | 08/30/2010 (f) |
| **For the Period Ending:** 2/9/2012 | **§341(a) Meeting Date:** | 10/20/2010 |
| | **Claims Bar Date:** | 01/24/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** 05/01/2012    /s/ DAVID LEIBOWITZ
**Current Projected Date Of Final Report (TFR):** 05/01/2012    DAVID LEIBOWITZ

Page No: 1
FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD
Case 10-38632   Doc 27   Filed 04/13/12   Entered 04/13/12 10:49:23   Desc Main
Document   Page 8 of 11
Exhibit 9

| Case No. | 10-38632-CAD | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | VIVAR, JUAN E. AND VIVAR, MARIA E. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******1046 | | Checking Acct #: | ******3201 |
| Co-Debtor Taxpayer ID #: | ******1047 | | Account Title: | DDA |
| For Period Beginning: | 8/30/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/9/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/29/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $4,420.23 | | $4,420.23 |
| 07/05/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $1.38 | $4,418.85 |
| 07/29/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $6.21 | $4,412.64 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $7.12 | $4,405.52 |
| 11/16/2011 | 5001 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $5.94 | $4,399.58 |
| 11/16/2011 | 5002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,105.06 | $3,294.52 |
| 11/16/2011 | 5003 | Discover Bank | Claim #: 1; Amount Claimed: 2,357.43; Amount Allowed: 2,357.43; Distribution Dividend: 5.21; | 7100-900 | | $122.90 | $3,171.62 |
| 11/16/2011 | 5004 | TARGET NATIONAL BANK | Claim #: 2; Amount Claimed: 8,686.84; Amount Allowed: 8,686.84; Distribution Dividend: 5.21; | 7100-900 | | $452.89 | $2,718.73 |
| 11/16/2011 | 5005 | Chase Bank USA, N.A. | Claim #: 3; Amount Claimed: 10,482.58; Amount Allowed: 10,482.58; Distribution Dividend: 5.21; | 7100-900 | | $546.51 | $2,172.22 |
| 11/16/2011 | 5006 | Chase Bank USA, N.A. | Claim #: 4; Amount Claimed: 5,558.07; Amount Allowed: 5,558.07; Distribution Dividend: 5.21; | 7100-900 | | $289.77 | $1,882.45 |
| 11/16/2011 | 5007 | Chase Bank USA, N.A. | Claim #: 5; Amount Claimed: 6,378.81; Amount Allowed: 6,378.81; Distribution Dividend: 5.21; | 7100-900 | | $332.56 | $1,549.89 |
| 11/16/2011 | 5008 | Dell Financial Services L.L.C. | Claim #: 6; Amount Claimed: 282.65; Amount Allowed: 282.65; Distribution Dividend: 5.21; | 7100-000 | | $14.74 | $1,535.15 |
| 11/16/2011 | 5009 | Chase Bank USA,N.A/ Kohl'a | Claim #: 7; Amount Claimed: 256.38; Amount Allowed: 256.38; Distribution Dividend: 5.21; | 7100-900 | | $13.37 | $1,521.78 |
| 11/16/2011 | 5010 | Capital Recovery IV LLC/ Citibank - | Claim #: 8; Amount Claimed: 5,212.98; Amount Allowed: 5,212.98; Distribution Dividend: 5.21; | 7100-900 | | $271.78 | $1,250.00 |
| 11/16/2011 | 5011 | GE Money Bank/ JCPenney | Claim #: 9; Amount Claimed: 363.39; Amount Allowed: 363.39; Distribution Dividend: 5.21; | 7100-900 | | $18.95 | $1,231.05 |
| 11/16/2011 | 5012 | Fia Card Services, NA/Bank of America | Claim #: 10; Amount Claimed: 19,941.39; Amount Allowed: 19,941.39; Distribution Dividend: 5.21; | 7100-900 | | $1,039.65 | $191.40 |
| 11/16/2011 | 5013 | Fia Card Services, NA/Bank of America | Claim #: 11; Amount Claimed: 3,671.21; Amount Allowed: 3,671.21; Distribution Dividend: 5.21; | 7100-900 | | $191.40 | $0.00 |

**SUBTOTALS** $4,420.23 $4,420.23

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-38632-CAD | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- |
| Case Name: | VIVAR, JUAN E. AND VIVAR, MARIA E. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******1046 | Checking Acct #: | ******3201 |
| Co-Debtor Taxpayer ID #: | ******1047 | Account Title: | DDA |
| For Period Beginning: | 8/30/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/9/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $4,420.23 | $4,420.23 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $4,420.23 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $4,420.23 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $4,420.23 | |

**For the period of 8/30/2010 to 2/9/2012**

| | |
| --- | --- |
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $4,420.23 |
| | |
| Total Compensable Disbursements: | $4,420.23 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,420.23 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/29/2011 to 2/9/2012**

| | |
| --- | --- |
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $4,420.23 |
| | |
| Total Compensable Disbursements: | $4,420.23 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,420.23 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 3

Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-38632-CAD | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | VIVAR, JUAN E. AND VIVAR, MARIA E. | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******1046 | | Money Market Acct #: | ******8632 |
| Co-Debtor Taxpayer ID #: | ******1047 | | Account Title: | |
| For Period Beginning: | 8/30/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/9/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/02/2011 | (15) | United States Treasury | | 1224-000 | $6,694.00 | | $6,694.00 |
| 05/04/2011 | 1001 | Juan & Maria Vivar | Entitled portion of Tax Refund check. | 8100-002 | | $2,274.13 | $4,419.87 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.19 | | $4,420.06 |
| 06/29/2011 | (INT) | Sterling Bank | Interest Earned For June 2011 | 1270-000 | $0.17 | | $4,420.23 |
| 06/29/2011 | | Green Bank | Transfer Funds | 9999-000 | | $4,420.23 | $0.00 |
| | | | **TOTALS:** | | $6,694.36 | $6,694.36 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $4,420.23 | |
| | | | Subtotal | | $6,694.36 | $2,274.13 | |
| | | | Less: Payments to debtors | | $0.00 | $2,274.13 | |
| | | | Net | | $6,694.36 | $0.00 | |

| For the period of 8/30/2010 to 2/9/2012 | | For the entire history of the account between 05/02/2011 to 2/9/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $6,694.36 | Total Compensable Receipts: | $6,694.36 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,694.36 | Total Comp/Non Comp Receipts: | $6,694.36 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $2,274.13 | Total Non-Compensable Disbursements: | $2,274.13 |
| Total Comp/Non Comp Disbursements: | $2,274.13 | Total Comp/Non Comp Disbursements: | $2,274.13 |
| Total Internal/Transfer Disbursements: | $4,420.23 | Total Internal/Transfer Disbursements: | $4,420.23 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-38632-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | VIVAR, JUAN E. AND VIVAR, MARIA E. | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******1046 | Money Market Acct #: | ******8632 |
| Co-Debtor Taxpayer ID #: | ******1047 | Account Title: | |
| For Period Beginning: | 8/30/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/9/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $6,694.36 | $6,694.36 | $0.00 |

**For the period of 8/30/2010 to 2/9/2012**

| | |
|---|---|
| Total Compensable Receipts: | $6,694.36 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,694.36 |
| Total Internal/Transfer Receipts: | $4,420.23 |
| | |
| Total Compensable Disbursements: | $4,420.23 |
| Total Non-Compensable Disbursements: | $2,274.13 |
| Total Comp/Non Comp Disbursements: | $6,694.36 |
| Total Internal/Transfer Disbursements: | $4,420.23 |

**For the entire history of the case between 08/30/2010 to 2/9/2012**

| | |
|---|---|
| Total Compensable Receipts: | $6,694.36 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,694.36 |
| Total Internal/Transfer Receipts: | $4,420.23 |
| | |
| Total Compensable Disbursements: | $4,420.23 |
| Total Non-Compensable Disbursements: | $2,274.13 |
| Total Comp/Non Comp Disbursements: | $6,694.36 |
| Total Internal/Transfer Disbursements: | $4,420.23 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ